Gennaro CAGGIANO, Respt., v. RUNKEL BROS., Inc., Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Vincenzo CARMISCIANO, Applt., v. MASON-SEAMAN TRANSPORTATION CO., Respt. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order, so far as appealed from, reversed, with $10 costs and disbursements, and motion to that extent denied. No opinion. Order filed.

Joseph P. CARNEY, appellant, v. PENN REALTY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Motion granted, appellant within 30 days to have prepared one authenticated typewritten copy of the appeal papers for the court, to be paged and folioed and one copy thereof to be served on the respondent.

James J. CASEY, appellant, v. Frank S. GANNON and John Henry Wagener, as executors, etc., and others, respondents (three cases). (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Appeal from order of Mr. Justice Manning dismissed, without costs. The other motions to dismiss appeal denied, on condition that appellant perfect the same, place the cases on the January calendar of 1916, and be ready for argument when reached; otherwise, motions granted, with $10 costs.

Matter of Robert S. CHAPIN, Applt., v. Marcus M. MARKS, as President, etc., and ano., Respt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

George H. CHAPMAN v. NIAGARA SILK MILLS. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

Nora CHILDERS, as Administratrix, etc., of Alfred Thomas Childers, deceased, appellant, v. BROOKLYN EASTERN DISTRICT TERMINAL, respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Motion for leave to appeal to the Court of Appeals denied.

Proscilla CHRZANOWSKA v. CORN EXCHANGE BANK. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application granted. Order signed.

Margaret T. CHURCH, as administratrix, etc., of Charles Church, deceased, appellant, v. SEABOARD CONSTRUCTION COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of the Final Judicial Settlement of the Accounts of George M. CLAPP, etc., respondent; Warren E. Clapp et al., appellants. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Motion denied, without costs, upon condition that within 10 days appellants print and serve a case on appeal, place the same on the April calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs to the respondent trustee.

Thomas A. CLARKE, respondent, v. 1175 DE KALB AVENUE COMPANY, Inc., appellant, and George W. Cuff, defendant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Nicholas I. CLARKIN, Appellant, v. CITY OF NEW YORK, respondent. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) The demurrer is sustained as to the second defense and the seventh partial defense on the authority of McGrade v. City of New York, 126 App. Div. 362, 110 N. Y. Supp. 517, Moore v. Board of Education, 121 App. Div. 862, 106 N. Y. Supp. 983, affirmed 195 N. Y. 614, 89 N. E. 1105, and Pitt v. Board of Education (216 N. Y. 304, 110 N. E. 612); and the demurrer to the fifth defense is sustained as, within Allen v. City of New York, 160 App. Div. 534, 145 N. Y. Supp. 1022, the matter should not be pleaded affirmatively, but would be a mere matter of denial, if the complaint had proper allegations to bring it within Allen v. City of New York, which points out the plaintiff's remedy. The demurrer to the eighth partial defense is overruled on the authority of Brehm v. Mayor, etc., of N. Y., 104 N. Y. 186, 10 N. E. 158, and the interlocutory judgment (91 Misc. Rep. 98, 154 N. Y. Supp. 1019), so far as appealed from, is reversed and the demurrer sustained, with costs, with the usual leave to plead over on payment of costs. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur. Settle order before Thomas, J.

Kathleen CLIFFORD v. MITCHELL MOTOR CAR CO. OF N. Y. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application denied, with $10 costs. Order signed.

John A. COBLE, claimant-respondent, v. STATE of New York, defendant-appellant. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied. Opinion per curiam.

PER CURIAM. The Attorney General is not in a position to urge the absence from the record of a notice of intention to file the claim. The affidavits filed show that notice of such intention was duly filed, and that it was understood between the Attorney General, the attorneys for the claimant, and the Board of Claims, that the fire at the Capitol accounted for the absence of the record of such notice. The chairman of the Board suggested "that as there was no dispute about the fact that notices were properly filed the introduction of the copies